FILED

2008 OCT 20  PM 4:03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-08-80163 MISC VRW

                                     ORDER

John Robert McConica II,

    No 66767
_____/

    On August 27, 2008, the court issued an order to show cause (OSC) why John Robert McConica II should not be removed from the roll of attorneys authorized to practice law before this court based on his administrative enrollment, effective April 11, 2008, as an inactive member of the State Bar for noncompliance with MCLE requirements.

    The OSC was mailed to Mr McConica's address of record with the State Bar. Mr McConica has filed no response.

    The court now orders John Robert McConica II removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In the matter of: | Case Number: CV08-801623VRW |
| John Robert McConica, II, | **CERTIFICATE OF SERVICE** |

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Robert McConica II
3714 Foothill Road
Ventura, CA 93003

Dated: October 20, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*